Thursday, July 13, 2017

No. 17–0476/AF. U.S. v. David C. Carpenter II. CCA 38995. On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

> WHETHER THE AIR FORCE COURT OF CRIMINAL APPEALS ERRED IN LIMITING THE CROSS–EXAMINATION OF THE COMPLAINING WITNESS UNDER MILITARY RULE OF EVIDENCE 412 ON AN ISSUE SHOWING THAT APPELLANT'S SUBJECTIVE MISTAKE OF FACT AS TO THE COMPLAINING WITNESS'S AGE WAS OBJECTIVELY REASONABLE.

Briefs will be filed under Rule 25.

No. 17–0504/AF. U.S. v. Hank W. Robinson. CCA 38942. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to August 1, 2017.

No. 17–0505/AF. U.S. v. Tefera M. Workneh. CCA 38928. Appellant's motion to extend time to file the supplement to the petition for granted of review granted to August 1, 2017.

No. 16–0599/AR. U.S. v. Jared D. Herrmann. CCA 20131064. On consideration of Appellant's petition for reconsideration of the Court's decision, 76 M.J. 304 (C.A.A.F. 2017), it is ordered that said petition for reconsideration is hereby denied.

No. 17–0398/AR. U.S. v. Nicholas R. Carlin. CCA 20160095. On consideration of Appellant's petition for reconsideration of the Court's order issued June 13, 2017, it is ordered that said petition for reconsideration is hereby denied.

Friday, July 14, 2017

No. 17–0507/AR.   U.S. v. Orval W. Gould, Jr.   CCA 20120727.   Notice is hereby given that a certificate for review of the decision of the United States Army Court of Criminal Appeals was filed under Rule 22 on this date on the following issues:

I.   WHETHER THE ARMY COURT OF CRIMINAL APPEALS IMPERMISSIBLY EXCEEDED THE LIMITATIONS OF ITS AUTHORITY ON REMAND FROM THIS COURT BY CONDUCTING A FACTUAL SUFFICIENCY REVIEW.

II.   WHETHER THE ARMY COURT OF CRIMINAL APPEALS ERRED BY FINDING SPECIFICATION 1 OF CHARGE II FACTUALLY AND LEGALLY INSUFFICIENT.

III.   WHETHER NUDITY IS A *PER SE* REQUIREMENT FOR AN IMAGE TO CONSTITUTE A "LASCIVIOUS EXHIBITION OF THE GENITALS OR PUBIC AREA" IN 18 U.S.C. § 2256(8)(A).

Appellant will file a brief under Rule 22(b) in support of said certificate on or before August 14, 2017.

Monday, July 17, 2017

